In the Matter of the Judicial Settlement of the Account of Proceedings of ARTHUR SUTHERLAND, as Executor, etc., of JOHN A. WEEKES, Deceased, Life Tenant and Trustee under the Last Will and Testament of ESTELLE D. WEEKES, Deceased, and for a Judicial Construction of the Last Will and Testament of Said ESTELLE D. WEEKES. CHARLES H. DOLAN, as Administrator with the Will Annexed of the Estate of MARGARET B. JOHNSON, Deceased, Appellant; ARTHUR SUTHERLAND, as Executor, etc., of JOHN A. WEEKES, Deceased, Trustee under the Last Will and Testament of ESTELLE D. WEEKES, Deceased, Petitioner, Respondent; ESTELLE WEEKES DEN HARTOGH, ALICE DELANO WEEKES, RAY DURANT BOWERS and RUTH W. BOWERS, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents Estelle Weekes den Hartogh, Alice Delano Weekes, Ray Durant Bowers and Ruth W. Bowers, payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [174 Misc. 930.]

GUISEPPINA CAMARDI, Also Known as JOSEPHINE CAMARDI, Respondent, v. MILDRED SEABROOK, Also Known as MILDRED LEBLANC, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE MARRON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CONTINENTAL GRAIN COMPANY, INC., Appellant, v. PHILIP N. CHRISTIE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., dissents and votes to reverse and direct judgment for the plaintiff.

FANNIE COHEN and MORRIS COHEN, Respondents, v. ISAAC EISENBERG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [173 Misc. 1089.]

JOHN A. LYDECKER, Administrator, etc., of JOHN BERNARD FRYE, Deceased, Respondent, v. AMERICAN-WEST AFRICAN LINE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of MARION D. THOMAS, Petitioner, Appellant, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH CIOFFI, as President of Local 1214 of the United Electrical, Radio & Machine Workers of America, Affiliated with the Congress of Industrial Organization, an Unincorporated Association of Seven or More Members, Respondent, v. LAMBERT METER COMPANY, INC., Also Known as LAMBERT METER COMPANY, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.